UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 00-12187-RWZ

JOSEPH JABIR POPE

v.

LUIS SPENCER

MEMORANDUM AND ORDER

May 5, 2006

ZOBEL, D.J.

Joseph Jabir Pope, a state prisoner, petitioned for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. This court denied the petition on July 25, 2002 and petitioner's motion for reconsideration on August 23, 2002. The Court of Appeals affirmed the judgment of this court and mandate issued on January 6, 2004.

More than a year later petitioner moved for relief from judgment which motion this court denied on January 27, 2006. Again, petitioner appealed and now seeks a certificate of appealability. It is not entirely clear that the order denying relief from judgment is a "final order in a habeas corpus proceeding" 28 U.S.C. § 2253 (c)(2), but, in any event, the motion is denied. To the extent the underlying motion for relief from judgment implicated the denial of a constitutional right, that denial was previously litigated and decided.

The application for a certificate of appealability is denied.

|  |  |
|---|---|
| DATE | /s/ Rya W. Zobel<br>RYA W. ZOBEL<br>UNITED STATES DISTRICT JUDGE |